# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-386-691

EFFECTIVE DATE OF REGISTRATION
DEC 12 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work** ▼ Snowflake Charm Bracelet

**NATURE OF THIS WORK** ▼ See instructions: Charm Bracelet

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**a** **NAME OF AUTHOR** ▼ J H Breakell & Co

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼ n/a

**Was this contribution to the work a "work made for hire"?** * ☒ Yes ~~☒ No~~

**Author's Nationality or Domicile** Name of Country: OR { Citizen of ______ / Domiciled in United States

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author** ▼

**Dates of Birth and Death** Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?** ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of ______ / Domiciled in ______

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed** 2004 Year. This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month September Day 1 Year 2004 Nation United States

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
J H Breakell & Co
132 Spring Street
Newport, RI 02840

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED: Dec 12 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: DEC 12 2006
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE



1

* Corrected by C O by authority of phone conversation on Dec 18, 2006 with Mr Joshua Stockwell

EXAMINED BY JJB

CHECKED BY

FORM VA

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is "Yes" give **Previous Registration Number** ▼ **Year of Registration** ▼

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

**a** **a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

**b** **b. Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

## 7

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joshua A Stockwell Esq
Barlow Josephs & Holmes Ltd
101 Dyer Street, 5th Floor
Providence RI 02903

Area code and daytime telephone number (401) 273-4446 Fax number (401) 273-4447

Email jas@barjos com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Copyright Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Joshua A Stockwell Date 12/8/06

Handwritten signature (X) ▼

X [signature]

## 9

**Certificate will be mailed in window envelope to this address**

Name ▼
Barlow Josephs & Holmes Ltd

Number/Street/Apt ▼
101 Dyer Street, 5th Floor

City/State/ZIP ▼
Providence RI 02903

YOU MUST
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

