Current Catalog - Snowflake Bracelet - Product Details

Order Status Catalog Request Customer Service

Search Go

Current
Where Staying in Touch Is Affordable & Fun

Order Toll Free 1-800-848-2848 0 Items

Quick Order Form | New Arrivals | Customer Favorites | Current Exclusives | Sale | Email Sign-up

Sale
My Current Corner
Seasonal
NEW Last Minute Gifts
Hanukkah
Christmas Cards
Christmas Gifts
Christmas Gift Wrap
Christmas for the Home
Photo Gifts & Greetings
Thanksgiving and Autumn

Shop by Category
Precious Moments®
Happy Family Characters
Address Labels
Checks
Calendars
Greeting Cards
Gifts
Gift Wrap
Birthday Celebrations
For the Home
Home Office
Scrapbooking
Stationery & Note Cards
Willow Tree® Collections

> A - Z Product Listing



## Snowflake Bracelet

**Product Code:** 084677

Quantity Each

1 or more $8.99

Seven silvery snowflakes will sparkle on her wrist all winter long when you give a friend this stunning bracelet. Silvertone metal, 7"-long chain with 3/4" snowflake charms fastens with a lobster-claw clasp.

**SHIP THIS GIFT TO**

Recipient: Myself

If shipping to an address other than your own, enter recipient name (e.g. "Steve"). We will request full name and ship-to address at check out.

For Other:

"2"