UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

J.H. BREAKELL & CO.,
Plaintiff,

v. C.A. No. 2007-013-T

CURRENT USA, INC.,
Defendant.

NOTICE OF CONSENT TO ENLARGEMENT OF TIME

So that the parties may continue to explore the possibility of an early resolution of this case, plaintiff has agreed that the defendant, CURRENT USA, INC., may have an enlargement of time, to and including March 19, 2007, to answer, move, or otherwise respond to the complaint.

Plaintiff,
J.H. BREAKELL & CO.,
By Its Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

CERTIFICATION

On this 28th day of February, 2007, I emailed a copy of this to:

Sheila B. Hagen, Esquire
CURRENT USA, INC.
1725 Roe Crest Drive
North Mankato, Minnesota 56003

/s/ Michael H. Feldhuhn