**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**J.H. BREAKELL & CO.,**
**Plaintiff,**

**v.** **C.A. No. 2007-013-T**

**CURRENT USA, INC.,**
**KONIK & COMPANY, INC.,**
**LGP GEM LTD.**
**Defendants.**

**JURY TRIAL CLAIMED**

# FIRST AMENDED COMPLAINT

## PARTIES

**1. Plaintiff, J.H. BREAKELL & CO. ("Breakell"), is a Rhode Island corporation with its offices in Newport, Rhode Island.**

**2. Defendant, CURRENT USA, INC. ("Current"), is a Minnesota corporation with its principal offices in North Mankato, Minnesota and Colorado Springs, Colorado. Current has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.**

**3. Defendant, KONIK & COMPANY, INC. ("Konik"), is an Illinois corporation with its principal offices in Skokie, Illinois. Konik has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.**

**4. Defendant, LGP GEM LTD. ("LGP"), is a New York corporation with its principal offices in New York, New York. LGP has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.**

## JURISDICTION

5. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that this matter arises under federal law. In particular, this is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* This court also has supplemental jurisdiction over the related state law claims, pursuant to 28 U.S.C. § 1367.

## FACTS

6. Since 1972, Breakell has designed and manufactured high quality sterling silver and 14 karat gold jewelry and accessories.

7. Breakell's original works are registered with the U.S. Copyright Office.

8. Among Breakell's registered works is the following:

"Snowflake Charm Bracelet"
U.S. Copyright Registration No. VA 1-386-691

[A copy of the Certificate of Registration from the U.S. Copyright Office for the above work is annexed hereto as Exhibit 1.]

9. Without Breakell's permission and in violation of Breakell's rights, defendants have sold and offered for sale goods that imitate, copy, and infringe upon plaintiff's original, copyrighted work. In particular, defendants sold and offered for sale a Snowflake Charm Bracelet, item number 084677, that infringes Breakell's original, copyrighted "Snowflake Charm Bracelet" design.

10. Attached hereto as Exhibit "2" is a Current advertisement for the infringing bracelet. Upon information and belief, Current

**acquired the infringing bracelet from Konik, and Konik acquired it from LGP.**

**11. Current conducted its infringing activities through its mail-order catalogs and its interactive web site, <u>www.currentcatalog.com</u>.**

**<u>COUNT I</u>**

**(Copyright Infringement -- "Snowflake Charm Bracelet" -- U.S. Copyright Registration No. VA 1-386-691)**

**12. Paragraphs 1 through 11 are incorporated herein.**

**13. Defendants have infringed upon and are continuing to infringe upon plaintiff's "Snowflake Charm Bracelet", U.S. Copyright Registration No. VA 1-386-691.**

**14. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered money damages.**

**15. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.**

**16. Defendants' acts of infringement have been and continue to be willful.**

**WHEREFORE, plaintiff prays for judgment in its favor and against defendants:**

- **for a preliminary and a permanent injunction prohibiting defendants from infringing plaintiff's copyrighted work;**
- **for a preliminary and a permanent injunction prohibiting defendants from making, offering for sale, or selling the infringing work and any other works derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendants to recall and remove from places of sale the infringing work and**

any other work derived from or substantially similar to the infringing work;

- for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendants to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendants to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;
- for an accounting for all profits earned by defendants on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;
- for an award of actual damages plus the defendants' profits, pursuant to 17 U.S.C. §504(b);
- for an award of statutory damages pursuant to 17 U.S.C. § 504(c);
- in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendants in the amount of $150,000 for each work infringed by the defendants, pursuant to 17 U.S.C. §504(c)(2);
- for an award of costs and attorneys' fees, pursuant to 17 U.S.C. § 505;
- for such other relief as the court deems just.

**COUNT II**
**(False Designation of Origin --**
**Violation of Section 43 of the Lanham Act)**

17. Paragraphs 1 thorough 16 are incorporated herein.

18. Defendants' infringement of plaintiff's original work constitutes a false designation of origin and a false description of goods effecting interstate commerce in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

**WHEREFORE**, plaintiff prays for judgment in its favor and against the defendants:

- for all remedies available under Section 43 of the Lanham Act, 15 U.S.C. § 1125;
- for a preliminary and a permanent injunction prohibiting defendants from infringing plaintiff's copyrighted work;
- for a preliminary and a permanent injunction prohibiting defendants from making, offering for sale, or selling the infringing work and any other works derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendants to recall and remove from places of sale the infringing work and any other works derived from or substantially similar to the infringing work;
- for an order impounding the infringing work and any other works derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendants to deliver upon oath the infringing work and any other works derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendants to remove from its catalogs, website, and stores all depictions of the infringing work and any other works derived from or substantially similar to the infringing work;
- for an accounting for all profits earned by defendants on the sale of the infringing work and any other works derived from or substantially similar to the infringing work;
- for an award of all damages sustained by plaintiff;
- for an award of treble damages;
- for an award of costs and attorneys' fees;
- for such other and further relief as the court deems just.

## COUNT III
(Misappropriation)

19. Paragraphs 1 through 18 are incorporated herein.

**20. Plaintiff has invested substantial time, effort, and money in the work described herein.**

**21. Defendants have appropriated the fruits of plaintiff's investment at no cost.**

**22. As a direct and proximate result of defendants' misappropriation, plaintiff has been injured.**

**WHEREFORE, plaintiff prays for judgment in its favor and against the defendants:**

- **for an award of actual damages;**
- **for an award of punitive damages;**
- **for an award of costs and attorneys' fees;**
- **for such other relief as the court deems just.**

**<u>COUNT IV</u>**
**(Dilution)**

**23. Paragraphs 1 through 22 are incorporated herein.**

**24. Defendants' infringement upon plaintiff's original work, as described herein, causes a likelihood of injury to plaintiff's business reputation and a likelihood of dilution of the distinctive quality of plaintiff's work, in violation of plaintiff's state common law rights and in violation of R.I.G.L. § 6-2-12.**

**WHEREFORE, plaintiff prays for judgment in its favor and against the defendants:**

- **for an award of actual damages;**
- **for an award of defendant's profits;**

- **for all remedies available under R.I.G.L. § 6-2-12;**
- **for an award of punitive damages;**
- **for an award of costs and attorneys' fees;**
- **for such other relief as the court deems just.**

**Plaintiff,**
**By Its Attorney,**

**/s/ Michael H. Feldhuhn**
**Michael H. Feldhuhn (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, Rhode Island 02903**
**Tel. (401) 331-6600**
**FAX (401) 274-2780**

**DATED: March 26, 2007**

**Plaintiff claims a trial by jury on all issues so triable.**

**/s/ Michael H. Feldhuhn**

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RI VA 1-386-691

EFFECTIVE DATE OF REGISTRATION

DEC 12 2006

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work** ▼ Snowflake Charm Bracelet

**NATURE OF THIS WORK** ▼ See instructions: Charm Bracelet

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR** ▼ J H Breakell & Co

**DATES OF BIRTH AND DEATH** Year Born ▼ n/a Year Died ▼

**Was this contribution to the work a "work made for hire"?** * ☒ Yes ~~☐ No~~

**Author's Nationality or Domicile** Name of Country: OR { Citizen of / Domiciled in } United States

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

**b** **Name of Author** ▼

**Dates of Birth and Death** Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?** ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of / Domiciled in }

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed** 2004 **Year** This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month September Day 1 Year 2004; United States Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
J H Breakell & Co
132 Spring Street
Newport, RI 02840

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED DEC 12 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 12 2006
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

"1"

* Corrected by C O by authority of phone conversation on Dec 18, 2006 with Mr Joshua Stockwell

EXAMINED BY JHB

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is "Yes" give **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

a

See instructions before completing this space

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b

Joshua A Stockwell Esq
Barlow Josephs & Holmes Ltd
101 Dyer Street, 5th Floor
Providence RI 02903

Area code and daytime telephone number (401) 273-4446 Fax number (401) 273-4447

Email jas@barjos com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Copyright Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Joshua A Stockwell Date 12/8/06

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Barlow Josephs & Holmes Ltd

Number/Street/Apt ▼
101 Dyer Street, 5th Floor

City/State/ZIP ▼
Providence RI 02903

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500



Current Catalog - Snowflake Bracelet - Product Details

Current
Where Staying in Touch Is Affordable & Fun®

Order Status | Catalog Request | Customer Service

Search | Go

Order Toll Free 1-800-848-2848

0 Items

| Quick Order Form | New Arrivals | Customer Favorites | Current Exclusives | Sale | Email Sign-up |
|---|---|---|---|---|---|

Sale > A - Z Product Listing

My Current Corner

**Seasonal**

NEW Last Minute Gifts
Hanukkah
Christmas Cards
Christmas Gifts
Christmas Gift Wrap
Christmas for the Home
Photo Gifts & Greetings
Thanksgiving and Autumn

**Shop by Category**

Precious Moments®
Happy Family Characters
Address Labels
Checks
Calendars
Greeting Cards
Gifts
Gift Wrap
Birthday Celebrations
For the Home
Home Office
Scrapbooking
Stationery & Note Cards
Willow Tree® Collections



## Snowflake Bracelet

**Product Code:** 084677

Quantity Each

1 or more $8.99

Seven silvery snowflakes will sparkle on her wrist all winter long when you give a friend this stunning bracelet. Silvertone metal, 7"-long chain with 3/4" snowflake charms fastens with a lobster-claw clasp.

SHIP THIS GIFT TO

Recipient: Myself

If shipping to an address other than your own, enter recipient name (e.g. "Steve"). We will request full name and ship-to address at check out.

For Other:

"2"

CERTIFICATION

On this 26th day of March, 2007, I sent a copy of this by first-class mail, postage paid, to:

Sheila B. Hagen, Esquire
CURRENT USA, INC.
1725 Roe Crest Drive
North Mankato, Minnesota 56003

/s/ Michael H. Feldhuhn