UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

J.H. BREAKELL & CO.,
Plaintiff,

v. C.A. No. 2007-013-T

CURRENT USA, INC.,
KONIK & COMPANY, INC.,
LGP GEM LTD,
Defendants.

AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. I mailed a summons and a copy of the first amended complaint to defendant LGP GEM LTD., c/o Its Registered Agent for Service, Mark L. Brecker, 10 West 46th Street, #4A, New York, NY 10036, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that the summons and copy of the first amended complaint were received by the defendant LGP GEM LTD. on March 30, 2007. A copy of the return receipt is attached hereto.

Plaintiff,
By Its Attorney,

[signature]

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On this 4th Day of April, 2007.

[signature]
Notary Public
Notary Public #1657

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

J.H. Breakell & Co.

V.

Current USA, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2007-013-T

TO: (Name and address of Defendant)

LGP Gem Ltd., c/o Its Agent for Service,
Mark L. Brecker
10 West 46th Street, #4A
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

an answer to the AMENDED complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

March 27, 2007

DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK L. BRECKER
LGP GEM LTD
10 WEST 46th St
New York NY 10036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten name]

C. Date of Delivery 3/30/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 2890 0002 0118 2080