UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

J.H. BREAKELL & CO.,
Plaintiff,

v. C.A. No. 2007-013-T

CURRENT USA, INC.,
KONIK & COMPANY, INC.,
LGP GEM LTD.,
Defendants.

NOTICE OF DISMISSAL
(AS TO DEFENDANT KONIK & COMPANY, INC. ONLY)

Pursuant to a settlement agreement between plaintiff and defendant KONIK & COMPANY, INC. ("Konik):

1) The above-entitled action is hereby dismissed as to defendant Konik only, with prejudice, no interest, no costs, no fees, to any party; and,

2) The case remains pending against defendants CURRENT USA, INC. and LGP GEM LTD.

Plaintiff,
J.H. BREAKELL & CO.,
By Its Attorney,

/s/ Michael H. Feldhuhn

______________________________

Michael H. Feldhuhn (#3344)
56 Pine Street Suite 200
Providence, RI 02903
Tel: 401.331.6600
Fax: 401.274.2780

Date: April 6, 2007

ENTER:

______________________________
The Honorable Ernest C. Torres
United States Senior District Judge

Date: ____________